RECEIVED

MAY - 2 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| MCLEOD TRAHAN SHEFFIELD P.T. SERVICES | CIVIL ACTION NO. 07-1471 |
| VS. | JUDGE DOHERTY |
| UNITED STATES POST OFFICE USA | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that defendant's motion to dismiss for lack of subject matter jurisdiction is **GRANTED** and plaintiff's claims are **DISMISSED.**

Lafayette, Louisiana this 2 day of May, 2008.

REBECCA F. DOHERTY
UNITED STATES DISTRICT COURT